**Darlene AVANT, Plaintiff–Appellant,**

v.

**LOWE'S HOME CENTERS INC; et al, Defendants,**

**Lowe's Home Centers Inc; Bryan Weingardner, Individually and as an employee of Lowe's; Jeff Markell, Individually and as an employee of Lowe's, Defendants–Appellees.**

No. 04–60214.
(Summary Calendar).

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 25, 2004.

Bennie Lee Jones, Jr., Bennie L. Jones Jr. & Associates, West Point, MS, for Plaintiff–Appellant.

Thomas A. Wicker, Holland, Ray, Upchurch & Hillen, Tupelo, MS, John F. McCarthy, Jr., Harvey Goldwater Joseph, Malone M. Lankford, Dallas, TX, for Defendant–Appellee.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Marlene Avant appeals the district court's order granting Lowe's Home Centers' motion for summary judgment. We affirm the district court's judgment essentially for the reasons stated in its memorandum opinion of February 7, 2004.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.